IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELHORN SALES, SERVICE | : | CIVIL ACTION |
| & TRUCKING Co., Inc., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RIESKAMP EQUIPMENT Co. | : | |
| Defendant. | : | № 08-2424 |

# O R D E R

**AND NOW**, this 18th day of March, 2010, on consideration of Defendant Rieskamp Equipment Company's Partial Motion for Summary Judgment (Docket No. 40), it is hereby **ORDERED** that the Motion is **GRANTED**, and Rieskamp Equipment Company is awarded summary judgment on Counts VII and VIII of Plaintiff's Complaint (Docket No. 1).

It is further **ORDERED** that pursuant to an agreement between the parties, Counts V and VI of the Complaint are **DISMISSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE